LAURA M. LEWIS, as a Relative of RUTH C. WELLER, an Incompetent Person, Respondent, *v.* FANNIE WELLER et al., as Administrators of the Estate of REUBEN WELLER, Deceased, Appellants, Impleaded with Others.

Submitted April 22, 1940; decided April 26, 1940.

*George G. Lake* for motion.
*Murray D. Welch* opposed.

Motion denied, with ten dollars costs and necessary printing disbursements, on the ground that the order is not final.